FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 15-MJ-1116 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| REGINALD GLENN PATTERSON | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_current allegations and criminal history._

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_inadequate bail resources, unemployed, past failures to appear, outstanding warrants._

IT IS ORDERED that defendant be detained.

DATED: 6/24/15

_Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE